

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00177-CR

| | | |
|---|---|---|
| RUDOLPH GUY, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1577996) |
| V. | § | September 7, 2023 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth